[No. 3692-1.    Division One.    May 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTY LANE PORTREY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8841, Marshall Forrest, J., entered April 4, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1682-2.    Division Two.    May 3, 1976.]

ROBERT E. PERIN, ET AL, *Appellants*, v. THE CITY OF BELLINGHAM, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 47356, Byron L. Swedberg, J., entered April 23, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1777-2.    Division Two.    May 4, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANCE R. RIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5333, Alan R. Hallowell, J., entered February 6, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 2904-1.    Division One.    May 10, 1976.]

JOHN L. SCHENCK, ET AL, *Respondents*, v. RICHARD WALIMAKI, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 730053, James J. Dore, J., entered March 13, 1974. *Affirmed* by unpublished per curiam opinion.